Joseph T. Delfosse, defendant in error, v. City of West Hammond, plaintiff in error.   Gen. No. 26,161.

Assumpsit for money had and received.   Judgment for plaintiff. Error to the Circuit Court of Cook county; the Hon. Jesse A. Baldwin, Judge, presiding.   Heard in this court at the March term, 1920. Affirmed.   Opinion filed January 10, 1921.

Samuel K. Markman, for plaintiff in error.   George L. Schein, for defendant in error; Leo H. Hoffman, of counsel.

Mr. Justice Dever delivered the opinion of the court.

---

Joseph Dixon Crucible Company, appellant, v. Hycon Bronze Company, appellee.   Gen. No. 26,180.

Action to recover for goods sold and delivered.   Judgment for defendant.   Appeal from the Municipal Court of Chicago; the Hon. Charles A. Williams, Judge, presiding.   Heard in this court at the October term, 1920.   Reversed and judgment here.   Opinion filed January 10, 1921.   Rehearing denied January 24, 1921.   *Certiorari* denied by Supreme Court (making opinion final).

McCormick & Wilber, for appellant; Howard H. McCormick, of counsel.   Thornton & Chancellor, for appellee.

Mr. Justice Dever delivered the opinion of the court.

---

New Process Refining Company, appellant, v. Rudolph R. Rosenbaum, appellee.   Gen. No. 26,236.

Action to recover for breach of warranty.   Order sustaining special demurrer to declaration.   Appeal from the Superior Court of Cook county; the Hon. John J. Sullivan, Judge, presiding.   Heard in this court at the October term, 1920.   Affirmed.   Opinion filed January 10, 1921.   Rehearing denied January 24, 1921.

Miller, Starr, Brown, Packard & Peckham, for appellant; Thomas McCall, of counsel.   Newman, Poppenhusen, Stern & Johnston, for appellee; Lawrence A. Cohen, of counsel.

Mr. Justice Dever delivered the opinion of the court.

---

Hyman Ritman, defendant in error, v. Sam Marshall, plaintiff in error.   Gen. No. 26,246.

Action to recover attorney's fees.   Judgment for plaintiff.   Error to the Municipal Court of Chicago; the Hon. Charles A. Williams, Judge, presiding.   Heard in this court at the March term, 1920. Affirmed.   Opinion filed January 10, 1921.   Rehearing denied January 24, 1921.

Fred W. Story, for plaintiff in error.   No appearance for defendant in error.

Mr. Justice Dever delivered the opinion of the court.

---

Thomas Sarantopoulos, trading as Sarantopoulos Brothers, appellant, v. Nathan Ginsberg, appellee.   Gen. No. 26,273.

Action to recover damages for breach of contract to deliver potatoes.   Judgment for defendant.   Appeal from the Municipal Court of Chicago; the Hon. Charles F. McKinley, Judge, presiding.   Heard in this court at the October term, 1920.   Reversed and judgment here.   Opinion filed January 10, 1921.

Charles A. Butler, for appellant.   Harry S. Ditchburne, for appellee.

Mr. Justice Dever delivered the opinion of the court.